UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSUE CASCO, on behalf of himself and all
other persons similarly situated,

                *Plaintiff*,

-against-

WESTCHESTER PREMIER BUILDERS,
INC. (D/B/A WESTCHESTER PREMIER
BUILDERS INC.), and ANTHONY
QUATTRONE,
                *Defendants*,
------------------------------------------------------------X

Index No.: 23-cv-01187-KMK

~~(PROPOSED)~~ JUDGMENT

WHEREAS on or about June 16, 2023, Defendants WESTCHESTER PREMIER BUILDERS, INC. (D/B/A WESTCHESTER PREMIER BUILDERS INC.), and ANTHONY QUATTRONE extended to Plaintiff JOSUE CASCO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Eight Thousand Dollars and Zero Cents ($8,000.00)</u>, and whereas said Plaintiff accepted said offer on or about June 16, 2023.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Eight Thousand Dollars and Zero Cents ($8,000.00).</u>

Dated: New York, New York
       June 23, 2023

_____
JUDGE KENNETH M. KARAS